CLARK HILL LLP
Richard H. Nakamura Jr,, Esq. (SBN 150094)
RNakamura@clarkhill.com
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:   (213) 417-5100
Facsimile:   (213) 488-1178

Attorneys for Plaintiff CHRISTOPHER J. D'ANGELO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:15-md-02672-CRB<br><br>**Honorable Charles R. Breyer** |
| This Document Relates to:<br><br>ALL ACTIONS. | |
| CHRISTOPHER J. D'ANGELO, an individual on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation and VOLKSWAGEN AG, a German corporation,<br><br>       Defendants. | Case No.: 3-15-cv-5700-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

-1-
NOTICE OF VOLUNTARY DISMISSAL

L0818585

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Christopher D'Angelo dismisses case No. 3-15-cv-5700-CRB. D'Angelo's appeal (ECF No. 2231) has been voluntarily dismissed, and the Ninth Circuit's mandate following the dismissal was filed in this Court on September 12, 2017 (ECF No. 3777).

Dated:  September 14, 2017          Respectfully submitted,


/s/ *Richard H. Nakamura Jr.*
Richard H. Nakamura Jr.
RNakamura@ClarkHill.com
CLARK HILL LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
T: (213) 891-9100  /  F: (213) 488-1178

*Attorneys for Plaintiff*
*CHRISTOPHER J. D'ANGELO*

-2-
NOTICE OF VOLUNTARY DISMISSAL

L0818585

## CERTIFICATE OF SERVICE

I hereby certify that on this September 14, 2017, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

/s/ Richard H. Nakamura J.
Richard H. Nakamura Jr.

NOTICE OF VOLUNTARY DISMISSAL

L0818585